UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIDEN HAND, et al.,<br>Plaintiffs,<br>v.<br>SPARKMD, INC., et al.,<br>Defendants. | Case No. 26-cv-12215-SVK<br><br>**ORDER REQUESTING CLARIFICATION OF APPLICATION FOR ADMISSION PRO HAC VICE**<br><br>Re: Dkt. Nos. 9, 10, 11 |

Before the Court are the applications of Samantha E. Holbrook, Deirdre Mulligan, and Benjamin F. Johns, attorneys for Plaintiff, for admission *pro hac vice*. Dkts. 9, 10, 11. Civil Local Rule 11-3 sets forth the requirements for admission *pro hac vice*, which include "[t]hat an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel." The *pro hac vice* applications designate Andrew G. Gunem as local co-counsel, listing an address in San Francisco, California. Dkts. 9, 10, 11. However, Mr. Gunem has appeared as counsel of record in this case with an office address in Chicago, Illinois. *See* Dkt. 13 at 19; Dkt. 14.

To enable the Court to rule on the outstanding *pro hac vice* applications, the Court requests that Plaintiff's counsel file a statement clarifying whether Mr. Gunem satisfies the requirements of Civil Local Rule 11-3 to act as local co-counsel in this matter, specifically whether Mr. Gunem maintains an office within the State of California.

**SO ORDERED.**

Dated: November 20, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge